# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Matthew Lynch, *et al.*,

                Plaintiffs,         Civ. No. 09-2242 (RHK/JJK)
                                                   **ORDER**

v.

A.L.S. Enterprises, Inc., *et al.*,

                Defendants.

This matter is before the Court *sua sponte*.

At the time this action (hereafter Lynch) was filed in August 2009, several other cases raising similar claims had been transferred to this Court as part of the In re Activated Carbon-Based Hunting Clothing Marketing and Sales Practices multidistrict litigation, MDL. No. 09-2059. All of those actions have now been remanded to their transferor courts. Moreover, the case that precipitated multi-district proceedings here, Buetow v. A.L.S. Enterprises, Inc., Civ. No. 07-3970, was dismissed by Order dated August 20, 2012.

Pursuant to the parties' Stipulation (Doc. No. 66), Lynch has been stayed since September 29, 2010. In light of Buetow's dismissal and the dissolution of the multi-district proceedings, the time has come to finally dispose of Lynch. Based on the foregoing, and all the files, records and proceedings herein, as well as the cases previously comprising the MDL, **IT IS ORDERED** as follows:

1. On or before September 4, 2012, counsel for the parties shall confer regarding the status of Lynch. For the reasons stated at the end of the Court's Order dismissing Buetow, the Court *strongly urges the parties to resolve Lynch without further litigation*;

2. On or before September 7, 2012, counsel shall advise the Court in writing whether they have agreed to resolve Lynch; and

3. In the event the parties are unable to resolve Lynch, the Court will set a briefing schedule on the parties' cross-Motions for Summary Judgment (Doc. Nos. 53, 58), which were pending but not fully briefed at the time the Court stayed this action.


Dated: August 23, 2012                             s/Richard H. Kyle
                                                                         RICHARD H. KYLE
                                                                         United States District Judge